**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

```
LARRY JOE JINKS,                         )
                                         )
              Plaintiff,                 )
                                         )
                                         )   CIV-05-383-FHS
VS.                                      )
                                         )
JO ANNE B. BARNHART, Commissioner,       )
Social Security Administration,          )
                                         )
              Defendant.                 )
```

## ORDER AND OPINION

On February 5, 2007, the United States Magistrate Judge for this district entered Findings and Recommendations in the above referenced case. No objections have been filed to this report and the time has passed for filing such objections.

IT IS THEREFORE ORDERED that the Findings and Recommendations of the Magistrate Judge entered February 5, 2007, are hereby **accepted.**

IT IS FURTHER ORDERED THAT the decision of the Administrative Law Judge is hereby **REVERSED** and this case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. Sec. 405 (g) to the Administrative Law Judge for further proceedings consistent with this order.

**IT IS SO ORDERED** this 23rd day of February, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma